**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 00-7278

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DERRICK STOKES,

Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Deborah K. Chasanow, District Judge. (CR-96-258-DKC, CA-99-2162-DKC)

Submitted:  November 9, 2000          Decided:  November 17, 2000

Before WILKINS, WILLIAMS, and MOTZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Derrick Stokes, Appellant Pro Se.  Stuart A. Berman, Assistant United States Attorney, Greenbelt, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Derrick Stokes seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error.[*] Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Stokes, Nos. CR-96-258-DKC; CA-99-2162-DKC (D. Md. June 28, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Stokes alleges for the first time on appeal that his sentence was illegal under Apprendi v. New Jersey, 120 S. Ct. 2348 (2000). Even if this claim were properly before the court, Stokes was not sentenced above the statutory maximum for the offense of conviction. As a result, the sentence does not implicate the concerns raised in Apprendi. See United States v. Angle, ___ F.3d ___, 2000 WL 1515159 (4th Cir. Oct. 12, 2000), petition for rehearing filed, Oct. 26, 2000 (No. 96-4662).

2